# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2802
_____

Larry Rice,

*Plaintiff - Appellant,*

v.

Interfood, Inc.; Tepco, B.V.,

*Defendants - Appellees.*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: August 9, 2021
Filed: August 12, 2021
[Unpublished]
_____

Before LOKEN, COLLOTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Missouri resident Larry Rice appeals following the district court's[1] dismissal of his pro se diversity action. We conclude that the court did not err in accepting

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

jurisdiction, as the record sufficiently showed that the amount in controversy exceeded $75,000, *see* 28 U.S.C. § 1332(a), and that the case was properly dismissed for failure to state a claim and for insufficient service. We also conclude that the district court did not abuse its discretion in imposing monetary sanctions based on its findings that Rice's claims were not warranted by existing law, and were presented for the improper purpose of harassing defendants and needlessly increasing their costs of litigation. *See* Fed. R. Civ. P. 11(c); *Clark v. UPS*, 460 F.3d 1004, 1008 (8th Cir. 2006); *Carman v. Treat*, 7 F.3d 1379, 1382 (8th Cir. 1993). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____